Roman Otkupman, CSBN 249423
 E-Mail: Roman@OLFLA.com
**OTKUPMAN LAW FIRM**
A LAW CORPORATION
5743 Corsa Ave, Suite 123
Westlake Village, CA 91362
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff TERI MACEY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
 E-Mail: John.Barber@lewisbrisbois.com
JESSICA F. HAHN, SB# 199269
 E-Mail: Jessica.Hahn@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant RELISH LABS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TERI MACEY, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>RELISH LABS, LLC, a Delaware Limited Liability Company and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 5:22-cv-00808-JWH-KKx<br><br>**STIPULATION TO ADVANCE OR CONTINUE RULE 26(f) SCHEDULING CONFERENCE**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>District Judge: John W. Holcomb<br>Courtroom 2<br><br>Trial Date:      None Set<br>Removal Filed:  May 12, 2022 |

TO THE COURT:

Plaintiff TERI MACEY ("Plaintiff") and Defendant RELISH LABS LLC ("Defendants") (collectively the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 7, 2022, the Court set the Scheduling Conference for July 29, 2022 at 11:00 a.m.;

WHEREAS, lead counsel for Defendant is unavailable between July 27, 2022 and August 12, 2022 due to a pre-paid vacation out of the country;

WHEREAS, the Parties have met and conferred and respectfully request the Scheduling Conference currently scheduled for July 29, 2022 at 11:00 a.m. be advanced to July 22, 2022 or continued to August 19, or 26, 2022, at 11:00 a.m., or the next available and convenient date for the Court.

IT IS SO STIPULATED.

DATED: June 14, 2022        OTKUPMAN LAW FIRM


By:     /s/ Roman Otkupman
        Roman Otkupman
        Attorneys for Plaintiff TERI MACEY

DATED: June 15, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     /s/ Jessica F. Hahn
        Jessica F. Hahn
        Attorneys for Defendant
        RELISH LABS LLC