UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TERI MACEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RELISH LABS, LLC, a Delaware Limited Liability Company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00808-JWH-KKx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ADVANCE OR CONTINUE RULE 26(f) SCHEDULING CONFERENCE**<br><br>[Filed concurrently with Stipulation to Advance or Continue Rule 26(f) Scheduling Conference]<br><br>District Judge: John W. Holcomb<br>Courtroom 2<br><br>Trial Date: None Set<br>Removal Filed: May 12, 2022 |

THE COURT, having received and reviewed the Stipulation of Plaintiff TERI MACEY and Defendant RELISH LABS LLC seeking to advance or continue the Scheduling Conference from July 29, 2022 to July 22, 2022, August 19, or 26, 2022, or the next available and convenient date for the Court, hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

4878-4888-9893.1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE

Based on the Stipulation and good cause appearing, it is hereby ordered that the Rule 26(f) Scheduling Conference is advanced/continued to _____, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
United States District Judge